UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MERANCIO, et al., | Case No. 1:15-cv-00807-DAD-EPG |
| Plaintiffs, | |
| v. | ORDER AMENDING SCHEDULING ORDER |
| SMITH & NEPHEW, INC., et al., | (Doc. No. 15) |
| Defendants. | |

Having reviewed the Joint Stipulation to Amend the October 14, 2015 Scheduling Order in above-entitled matter, and good cause having been shown, the schedule in this action is amended as follows:

1. All discovery, with the exception of expert discovery, shall be completed by September 11, 2016.

2. All counsel are to designate their expert witnesses no later than November 12, 2016.

3. The last day to hear dispositive motions shall be March 21, 2017.

4. The Pre-Trial Conference is scheduled to take place July 10, 2017, at 1:30 p.m. in Courtroom 5.

5. The parties shall file, not later than June 26, 2017, a Joint Final Pretrial Conference Statement.

6. The parties shall file trial briefs not later than July 6, 2017.

1

      7. All evidentiary or procedural motions related to the trial of this action are to be filed by June 23, 2017. Oppositions must be filed by June 30, 2017 and any reply must be filed by July 6, 2017. The Court will hear argument on any such motions, at least initially, at the Pretrial Conference.

      8. Trial is scheduled for September 6, 2017 at 8:30 a.m. in Courtroom 5. This amendment effects only the deadlines and dates of matters contained in the Pretrial Scheduling Order. All other conditions, instructions and provisions in the October 14, 2015, Pretrial Scheduling Order shall remain in effect.

IT IS SO ORDERED.

Dated:   **March 15, 2016**     _____
                                          UNITED STATES DISTRICT JUDGE