UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MERANCIO and LUPE MERANCIO,<br><br>Plaintiffs,<br><br>v.<br><br>SMITH & NEPHEW, INC. and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No. 1:15-cv-00807-DAD-EPG**<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER**<br><br>(ECF No. 20) |

The Court has reviewed the Stipulated Protective Order submitted by the parties (a fully executed version of which is available on the Court's CM/ECF docket as ECF No. 20) and adopts it as a stipulated protective order in this case, with the exception of paragraphs 16, 17, and 18 to the extent that they are inconsistent with Local Rules 141 and 141.1.  The Court also declines to adopt paragraphs 21(b) and 26 to the extent they require the Court to serve as a repository of evidence for the parties or to retain jurisdiction over the terms of the protective order after the action has been closed.

If judicial intervention is requested under paragraph 9, the Court will determine on a case-by-case basis whether the parties may file a discovery motion.  To file a motion under this

1

paragraph, counsel must receive permission from the Court following an informal telephone conference.  A party wishing to schedule such a conference should contact chambers at (559) 499-5960 to receive available dates.  The Court will schedule the conference as soon as possible, taking into consideration the urgency of the issue.  Before contacting the Court, the parties must meet and confer by speaking with each other in person or over the telephone in an attempt to resolve the dispute independently without Court involvement.

    Prior to the conference, the Court will require the parties to submit letter briefs of no more than 3 pages in length to chambers for review.  Telephonic conferences will not be on the record and the Court will not issue a formal ruling at that time.  Nevertheless, the Court will attempt to provide guidance to the parties to narrow or dispose of the dispute.  If no resolution is reached, the Court will advise the parties whether the filing of a formal motion is appropriate.

IT IS SO ORDERED.

Dated:  **July 14, 2016**                          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE